IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LARRY W. PARISH                                                                                          PLAINTIFF

VS.                                    CASE NO. 3:06CV00090 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the decision of the Commissioner is reversed and this case is remanded for action consistent with the opinion.

SO ADJUDGED this 28th day of September, 2007.


_____
UNITED STATES MAGISTRATE JUDGE